UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 24, 2002

MEMORANDUM TO MR. MATTAINO and COUNSEL RE:

Mattaino v. One Beacon Insurance
Civ. No. AMD 02-3393

    Mr. Mattaino sued the defendant in state court because he believes he was not properly notified of a change to a pension plan in which he was a participant. Because the matter involves federal law, the defendant removed the case to federal court. The case has been assigned to me for decision.

    I am issuing a scheduling order which provides that a summary judgment motion can be filed by January 3, 2003. If such a motion is filed (by either party) and granted, then there will not be a trial. If such a motion is filed but not granted, then we will have a trial in January. Mr. Mattaino, who is representing himself, may call the clerk's office (or, if he has access to a computer, he can check the court's website: www.mdd.uscourts.gov) if he needs more information about how to represent himself in this case and how the case will proceed.

    Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt