IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROBERT MATTAINO,<br>Plaintiff | * | |
| | * | |
| vs. | | Civil Action No.: AMD 02-3393 |
| | * | |
| ONE BEACON INSURANCE,<br>Defendant | * | |

\*\*\*\*\*\*

## SCHEDULING ORDER

1. Summary judgment motions deadline - JANUARY 3, 2003

2. If no summary judgment motion is filed, the parties shall file status reports 10 days after the summary judgment deadline advising the court of the expected duration of trial and other information pertinent to the scheduling of a trial.

Date: Oct. 24, 2002

ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 9/1998) - Scheduling Order, Pro Se Litigant (Short Form)