

IN THE UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| ROBERT MATTAINO | * | |
| Plaintiff, *Pro Se* | * | |
| v. | * | Civil Action No. AMD-02-CV-3393 |
| ONE BEACON INSURANCE | * | |
| Defendant | * | |
| * * * * * * * | * * * * * * | |
| ONEBEACON INSURANCE COMPANY | * | |
| Counter-Plaintiff | * | |
| v. | * | |
| ROBERT MATTAINO | * | |
| Counter-Defendant | * | |

*************************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

The parties to the above-captioned action, by their respective attorneys, hereby stipulate to the dismissal of the above action with prejudice. Each party is to bear its own costs and attorney's fees.

Respectfully submitted,

_____        _____
Robert C. Mattaino                      Patricia McHugh Lambert
1629 Riedel Road                        (Federal Bar No. 02539)
Crofton, Maryland  21114
Plaintiff *Pro Se*

*[signature]*
Lynn Edwards Brenneman
(Federal Bar No. 11872)
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland   21204
Tele:  (410) 938-8800
Fax:  (410) 825-2493
Attorneys for Defendant

SO ORDERED, this 27th day of Nov, 2002.

*[signature]*
Andre M. Davis
United States District Court Judge

**Copies to:**

Robert C. Mattaino
1629 Riedel Road
Crofton, Maryland   21114


Patricia McHugh Lambert, Esquire
Lynn Edwards Brenneman, Esquire
HODES, ULMAN, PESSIN & KATZ, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland   21204